AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mark A. Jones | ) | Case No. |
| | ) | 16-1005-DLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 2014 - July 2015   in the county of   Suffolk   in the   District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Keith Brown

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Keith Brown, FBI
*Printed name and title*

Sworn to before me and signed in my presence

Date: 03/11/2016

*Judge's signature*

City and state:   Boston, MA   Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*