UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **MARK A. JONES,** | No. 1:16-mj-1005-DLC-1 |
| Defendant. | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Joseph G. Keller, Jr. as counsel of record in the above-captioned matter on behalf of defendant Mark A. Jones.

Dated: March 24, 2016

Respectfully submitted,
MARK A. JONES
By and through his attorney,

 /s/ *Joseph G. Keller, Jr.*
Joseph G. Keller, Jr. BBO #686689
Jeffrey Denner Associates, PC
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
jkeller@dennerlaw.com

### Certificate of Service

I, Joseph G. Keller, Jr., hereby certify that on this the 24th day of March 2016, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

 /s/ *Joseph G. Keller, Jr.*
Joseph G. Keller, Jr.