UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**MARK A. JONES,**<br>            Defendant. | No. 1:16-cr-10220-MLW-1 |

**MOTION FOR PERMISSION TO MOVE TO NEW HOME RESIDENCE**

The Defendant, Mark Jones, by and through undersigned counsel, and upon information and belief, with the assent of Pre-trial Services Officer Chris Moriarty, hereby respectfully requests this Honorable Court to permit him to change his home residence to 167 West Newton Street, Boston, MA 02118.

As grounds therefor, the Defendant avers that he is slated to move as of October 29, 2016 to 167 West Newton Street, Boston, MA 02118, assuming _arguendo_, the Honorable Court grants him permission to do so.

The Defendant, therefore, requests this Court allow him to move his new home residence.

Dated:  October 26, 2016          Respectfully submitted,

                                                    MARK A. JONES
                                                    By and through his attorney,

                                                     /s/ _Jeffrey A. Denner_
                                                    Jeffrey A. Denner, BBO# 120520
                                                    Jeffrey Denner Associates, PC
                                                    Four Longfellow Place, 35th Floor
                                                    Boston, Massachusetts 02114
                                                    Tel.    617.227.2800
                                                    Fax.    617.973.1562
                                                    jad@dennerlaw.com

**Certificate of Service**

      I, Jeffrey A. Denner, hereby certify that on this the 26th day of October 2016, I caused a true copy of the foregoing *Motion to Move to New Home Residence* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

                                              /s/ *Jeffrey A. Denner*
                                              Jeffrey A. Denner